UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:26-cv-21181-GAYLES

**MIGUEL HIDALGO HERNANDEZ**,

    Petitioner,

v.

**KRISTI NOEM,** *et al.*,

    Respondents.

_____/

## ORDER TRANSFERRING CASE TO MIDDLE DISTRICT OF FLORIDA

**THIS CAUSE** comes before the Court upon Respondents' Motion to Dismiss or Transfer Action (the "Motion"). [ECF No. 5]. The Court has reviewed the Motion and the record and is otherwise fully advised.

Under § 2241, "[d]istrict courts are limited to granting habeas relief 'within their respective jurisdictions.'" *Rumsfeld v. Padilla*, 542 U.S. 426, 442 (2004) (quoting 28 U.S.C. § 2241(a)). Thus, "for core habeas petitions challenging present physical confinement, jurisdiction lies in only one district: the district of confinement." *Id.* at 443; *see also Garcia v. Warden*, 470 F. App'x 735, 736 (11th Cir. 2012) ("jurisdiction for § 2241 petitions lies only in the district of confinement"). If a petitioner files his case in the wrong district, the Court can sua sponte transfer the case "to any district or division in which it could have been brought." 28 U.S.C. § 1406(a); *see also Lipofsky v. N.Y. State Workers Comp. Bd.*, 861 F.2d 1257, 1258 (11th Cir. 1988) ("[A] district court may raise on its own motion an issue of defective venue or lack of personal jurisdiction[.]").

Petitioner is challenging his confinement at the Florida Soft Side South Detention Facility, located in Collier County, within the Middle District of Florida. [ECF No. 1]. Therefore,

- 2 -

jurisdiction lies only in the Middle District of Florida. *See* 28 U.S.C. § 89(b) (providing that the Middle District of Florida comprises Collier County). Accordingly, it is

**ORDERED AND ADJDUGED** as follows:

1. Respondents' Motion to Dismiss or Transfer Action, [ECF No. 5], is **GRANTED in part and DENIED in part.**

2. This case is **TRANSFERRED** to the Middle District of Florida, Fort Myers Division. *See* M.D. Fla. L.R. 1.04(a) (providing that the Fort Myers Division comprises Collier County). The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24th day of February, 2026.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE